COURT OF APPEALS OF VIRGINIA

Present: Judges Baker, Willis and Overton
Argued at Norfolk, Virginia


TERRY S. BARKSDALE

MEMORANDUM OPINION[*] BY
v.          Record No. 1074-95-1          JUDGE NELSON T. OVERTON
JUNE 11, 1996
COMMONWEALTH OF VIRGINIA

FROM THE CIRCUIT COURT OF THE CITY OF NORFOLK
John E. Clarkson, Judge

Timothy P. Sceviour (Abrons, Fasanaro &
Sceviour, on brief), for appellant.

Marla Graff Decker, Assistant Attorney
General (James S. Gilmore, III, Attorney
General, on brief), for appellee.


Terry S. Barksdale was convicted by a jury of attempted robbery in violation of Code § 18.2-58, use of a firearm in the commission of a felony in violation of Code § 18.2-53.1, and unlawful wounding in violation of Code § 18.2-51. He argues on appeal that the evidence is insufficient to support the convictions.

Upon review of the record, construing the evidence in the light most favorable to the Commonwealth and granting to it all reasonable inferences fairly deducible therefrom, we cannot say that the decision below was plainly wrong or unsupported by the evidence.

Accordingly, the convictions are affirmed.

--------
[*]Pursuant to Code § 17-116.010 this opinion is not designated for publication.

Affirmed.